**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 516 MAL 2018

            Respondent   :

                           :   Petition for Allowance of Appeal from

            v.               :   the Order of the Superior Court

                           :

DIONE MAURICE ANDREWS,     :

            Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.